ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ELAINE ODEH, ESQ.
Nevada Bar No. 14099
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
*tsgro@sgroandroger.com*
*eodeh@sgroandroger.com*
*Attorneys for Plaintiff Anthony Black*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANTHONY BLACK,

           Plaintiffs,

v.

DEBORAH BORGAS, et al.,

           Defendants.

Case No. 2:26-cv-00248-APG-BNW

**STIPULATION AND ORDER FOR LEAVE TO FILE DISCOVERY PLAN AND SCHEDULING ORDER OUT OF TIME**

      Plaintiff ANTHONY BLACK, by and through his counsel of record, and Defendants DEBORAH BORGAS, et al., by and through their counsel of record, hereby stipulate and respectfully request that the Court grant the parties leave to file their Stipulated Discovery Plan and Scheduling Order out of time.

      This stipulation is made pursuant to Fed. R. Civ. P. 6(b)(1)(B), Fed. R. Civ. P. 16(b)(4), Fed. R. Civ. P. 26(f), Local Rule 26-1, and Local Rule 26-3.

### INTRODUCTION

      The parties respectfully request leave to file their Stipulated Discovery Plan and Scheduling Order after the deadline set by LR 26-1. Based on the first defendant's answer or appearance on or about April 21, 2026, the parties understand that the Discovery Plan and

-1-

Scheduling Order was due on or about May 21, 2026. Due to inadvertence and calendaring oversight, the parties did not timely conduct the Rule 26(f) conference or submit the Discovery Plan and Scheduling Order by that deadline.

The parties have now completed the Rule 26(f) conference, have agreed to a proposed Discovery Plan and Scheduling Order, and seek leave to file it out of time. The requested relief is stipulated, limited, and will not prejudice any party or disrupt the Court's schedule.

## STIPULATED FACTS

1. The first defendant answered or otherwise appeared in this action on or about April 21, 2026.

2. Under LR 26-1, the parties' Fed. R. Civ. P. 26(f) conference was required to be held, and the Discovery Plan and Scheduling Order was required to be submitted, within the time prescribed by the Local Rules following the first defendant's answer or appearance.

3. Based on the April 21, 2026 answer or appearance date, the parties understand that the Discovery Plan and Scheduling Order was due on or about May 21, 2026.

4. Due to inadvertence, calendaring oversight, and the matter inadvertently slipping through the cracks, the parties did not timely complete the Rule 26(f) conference and did not timely file the Discovery Plan and Scheduling Order by the May 21, 2026 deadline.

5. The parties conducted their Fed. R. Civ. P. 26(f) conference on June 30, 2026 and have now met and conferred regarding discovery, initial disclosures, electronically stored information, alternative dispute resolution, and the proposed case schedule.

6. The parties have agreed to a proposed Stipulated Discovery Plan and Scheduling Order and are filing it concurrently with this stipulation on July 1, 2026, subject to the Court's approval and acceptance of the late filing.

7.  No trial date has been set, no party will be prejudiced by the requested relief, and the parties submit that granting the requested relief will permit this case to proceed under an orderly Court-approved schedule.

8.  Nothing in this stipulation is intended to waive any party's rights, claims, defenses, objections, or positions in this action, except as expressly stated herein.

**POINTS AND AUTHORITIES**

Fed. R. Civ. P. 26(f) requires the parties to confer regarding discovery and develop a proposed discovery plan. LR 26-1 governs the timing and contents of the discovery plan and scheduling order in this District.

Because the deadline to file the Discovery Plan and Scheduling Order has expired, the parties seek relief under Fed. R. Civ. P. 6(b)(1)(B), which permits the Court, for good cause, to extend a deadline on motion made after the time has expired where the failure to act resulted from excusable neglect. The parties also seek relief under Fed. R. Civ. P. 16(b)(4), which permits modification of a schedule for good cause and with the Court's consent. To the extent LR 26-3 applies to the requested relief, the parties submit that good cause and excusable neglect support the requested extension.

Good cause exists because the parties have now completed the required Rule 26(f) conference, have agreed to a proposed Discovery Plan and Scheduling Order, and seek only limited relief permitting the late filing of that stipulated plan. Excusable neglect also exists because the missed deadline resulted from inadvertence and calendaring oversight, not bad faith or dilatory conduct. The requested relief is stipulated, no party will suffer prejudice, no trial date has been set, and the proposed schedule is intended to comply with LR 26-1 and the Federal Rules of Civil Procedure.

Permitting the late filing will promote orderly case management and allow the case to proceed on the merits under a Court-approved scheduling order.

## **CONCLUSION**

For the foregoing reasons, the parties respectfully request that the Court enter the order below granting leave to file the Stipulated Discovery Plan and Scheduling Order out of time and accepting the filing as timely for purposes of the Court's case-management schedule.

DATED: July 1, 2026

| **SGRO & ROGER** | AARON D. FORD |
|---|---|
| */s/ Elaine Odeh* | Attorney General |
| ANTHONY P. SGRO, ESQ. | */s/Rudolph M. D'Silva* |
| Nevada Bar No. 3811 | RUDOLPH M. D'SILVA, ESQ. |
| ELAINE ODEH, ESQ. | Bar No. 16227 |
| Nevada Bar No. 14099 | Senior Deputy Attorney General |
| 2901 El Camino Ave, Suite 204 | State of Nevada |
| Las Vegas, NV 89102 | Office of the Attorney General |
| *Attorneys for Plaintiff* | 1 State of Nevada Way., Ste. 100 |
| | Las Vegas, Nevada 89119 |
| | *Attorneys for Defendants* |

## **[PROPOSED] ORDER**

The parties' Stipulation and Order for Leave to File Discovery Plan and Scheduling Order Out of Time is GRANTED. The parties are granted leave to file their Stipulated Discovery Plan and Scheduling Order out of time.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED:  July 2, 2026

-4-