ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ELAINE ODEH, ESQ.
Nevada Bar No. 14099
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
*tsgro@sgroandroger.com*
*eodeh@sgroandroger.com*
*Attorneys for Plaintiff Anthony Black*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY BLACK,<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH BORGAS, et al.,<br><br>Defendants. | **CASE NO.**: 2:26-cv-00248-APG-BNW<br><br>**STIPULATION TO EXTEND DISCOVERY (FIRST REQUEST)** |

Plaintiff, ANTHONY BLACK ("Plaintiff"), through his counsel of record, and Defendants DEBORAH BORGAS and JAMES DZURENDA (collectively "Defendants"), through their counsel of record, respectfully submit the following Stipulation to Extend Discovery (First Request):

**I. DISCOVERY COMPLETED**

Counsel conducted their FRCP 26(f) conference on June 30, 2026, and the parties exchanged their initial disclosures pursuant to FRCP 26(a)(1).

Plaintiff served his first sets of Requests for Admission, Interrogatories, and Requests for Production on Defendants Deborah Borgas and James Dzurenda.

Defendant Deborah Borgas served her responses to Plaintiff's first set of Requests for Admission and her answers to Plaintiff's first set of Interrogatories on September 1, 2026.

Defendant James Dzurenda served his responses to Plaintiff's first set of Requests for Admission on September 1, 2026.

On September 22, 2026, the Court entered the parties' Stipulated Confidentiality Agreement and Protective Order, permitting the production of confidential records in this matter.

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

1. Defendant James Dzurenda's responses to Plaintiff's Requests for Production and Interrogatories, served on July 13, 2026, which remain outstanding.
2. Production of confidential documents and records now permitted under the Stipulated Confidentiality Agreement and Protective Order.
3. Depositions of the parties.
4. Depositions of NDOC's FRCP 30(b)(6) witnesses.
5. Depositions of percipient and treating witnesses.
6. Additional written discovery as needed.
7. Subpoenas to third parties for records and information.

## III. REASONS THE REMAINING DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN

This is a 42 U.S.C. § 1983 civil rights action brought by Plaintiff Anthony Black, a prisoner in the custody of the Nevada Department of Corrections (“NDOC”) housed at Ely State Prison (“ESP”), against Defendants Deborah Borgas, Warden of ESP, and James Dzurenda, Director of NDOC. Plaintiff asserts Eighth Amendment claims of deliberate indifference arising out of an alleged sexual assault by his cellmate in May 2025 and the alleged failure to provide adequate post-assault medical and mental health care. The claims turn on institutional classification, housing, PREA, grievance, investigation, and medical records maintained by NDOC.

The parties have diligently pursued discovery but require additional time to complete it. Written discovery remains ongoing: Defendant Dzurenda's responses to Plaintiff's Requests for Production and Interrogatories, served on July 13, 2026, remain outstanding. In addition, much of the discovery in this matter consists of confidential NDOC records—including classification and housing files, PREA and grievance records, Office of the Inspector General investigation materials, and Plaintiff's medical and mental health records—that could not be produced until the Court entered the parties' Stipulated Confidentiality Agreement and Protective Order on September 22, 2026, less than thirty days before the current October 18, 2026 discovery cut-off.

Given the recent entry of the Protective Order and the outstanding written discovery, the parties require additional time to complete the production and review of these records and to conduct the depositions of the parties and other witnesses. The requested sixty-day extension of the current discovery deadlines will allow the parties to complete the outstanding discovery and fully develop the factual record for dispositive motions and trial. Good cause therefore exists under Local Rule 26-3, and this first request is submitted more than twenty-one days before the current discovery cut-off.

## IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

The parties jointly propose the following discovery plan:

| | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery Cut-Off | October 18, 2026 | December 17, 2026 |
| Amending Pleadings and Adding Parties | July 20, 2026 (passed) | - |
| Initial Expert Disclosures | August 19, 2026 (passed) | - |
| Rebuttal Expert Disclosures | September 21, 2026 (passed) | - |
| Dispositive Motions | November 18, 2026 | January 18, 2027 |
| Joint Pre-Trial Order | December 21, 2026 | February 19, 2027 |

If no dispositive motions are filed, the Joint Pretrial Order shall be filed by February 19, 2027, which is no later than thirty days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty days after the decision on the dispositive motions or by further order of the court.

The parties anticipate that, pending any unforeseen circumstances outside the parties' control, the above extension of the current discovery deadlines should allow the parties to conduct and complete the outstanding discovery.

This first request for an extension of the current discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 25th day of September 2026.

| | |
|---|---|
| **SGRO & ROGER**<br><br>By: */s/ Elaine Odeh*<br>ANTHONY P. SGRO, ESQ.<br>Nevada Bar No. 3811<br>ELAINE ODEH, ESQ.<br>Nevada Bar No. 14099<br>2901 El Camino Avenue, Suite 204<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff Anthony Black* | **AARON D. FORD Attorney General**<br><br>By: */s/ Rudolph M. D'Silva*<br>RUDOLPH M. D'SILVA, ESQ.<br>Bar No. 16227<br>Senior Deputy Attorney General<br>State of Nevada<br>Office of the Attorney General<br>1 State of Nevada Way., Ste. 100<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATE: September 28, 2026