ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ELAINE ODEH, ESQ.
Nevada Bar No. 14099
**SGRO & ROGER**
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
*tsgro@sgroandroger.com*
*eodeh@sgroandroger.com*
*Attorneys for Plaintiff Anthony Black*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY BLACK,

Plaintiff,

vs.

DEBORAH BORGAS, et al.,

Defendants.

**CASE NO.**: 2:26-cv-00248-APG-BNW

**STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF FIRST AMENDED COMPLAINT AND TO MODIFY SCHEDULING ORDER**

**(Second Request)**

Plaintiff ANTHONY BLACK and Defendants DEBORAH BORGAS and JAMES DZURENDA, by and through their respective counsel of record, hereby stipulate and jointly request that the Court permit Plaintiff to file the First Amended Complaint attached hereto as Exhibit 1, and modify the Scheduling Order to the limited extent necessary to allow that amendment, as follows:

/ / /

/ / /

/ / /

**RECITALS**

1. On February 3, 2026, Plaintiff filed his original Complaint under 42 U.S.C. § 1983, naming Warden Deborah Borgas, Director James Dzurenda, and Doe Defendants 1 through 10, described as NDOC/ESP correctional officers, sergeants, and medical and mental health staff who participated in the alleged constitutional violations but whose identities were then unknown to Plaintiff.

2. On July 2, 2026, the Court entered the parties' Stipulated Discovery Plan and Scheduling Order [ECF No. 10], which set July 20, 2026 as the deadline to file motions to amend the pleadings or to add parties. On September 28, 2026, the Court granted the parties' first stipulation to extend the Scheduling Order [ECF No. 16], which extended the discovery, dispositive-motion, and joint-pretrial-order deadlines but did not alter the July 20, 2026 deadline to amend pleadings or add parties.

3. On September 1, 2026, Defendants served their responses to Plaintiff's first sets of written discovery. Those responses, and the documents produced in connection with them, first disclosed to Plaintiff the identities of the individual NDOC/ESP staff who made the housing assignment at issue, who received or declined Plaintiff's emergency grievances on May 24 and 25, 2025, and who were responsible for his post-assault medical and mental health care.

4. The identities of these individuals were not reasonably available to Plaintiff before the July 20, 2026 deadline to amend, because they were in Defendants' possession and were not disclosed until Defendants' September 1, 2026 discovery responses.

5. Plaintiff now seeks to file a First Amended Complaint substituting the following individuals, in their individual capacities, for the previously named Doe Defendants: Jaleen Miller, Jessie Craine, Edward Isenbergh, Kele Henderson, Nicolas Sosa, Carrol Meek, Tonya Codman, Stephanie Ciciliano, and Kristina Hayman. The proposed First Amended Complaint asserts the same two Eighth Amendment claims and arises from the same operative facts as the original Complaint; it adds no new claims or legal theories.

6. Good cause exists under Federal Rule of Civil Procedure 16(b)(4) to modify the Scheduling Order's amendment deadline, because the deadline could not reasonably have been met despite Plaintiff's diligence: the identities of the proposed defendants were disclosed only through Defendants' September 1, 2026 discovery responses, after the July 20, 2026 deadline had passed. Amendment is also proper under Federal Rule of Civil Procedure 15(a)(2), under which leave to amend is freely given when justice so requires.

7. The requested amendment will not prejudice any party or disrupt the case schedule. The individuals to be named are current or former NDOC employees already identified in Defendants' Fed. R. Civ. P. 26(a)(1) disclosures and written discovery responses, and are represented by the Office of the Nevada Attorney General. Fact discovery remains open through December 17, 2026, and the dispositive motion deadline is January 18, 2027. The amendment adds no new operative facts, and the parties agree there is adequate time to complete any discovery concerning the newly named defendants.

8. This is the parties' second request to modify the Scheduling Order, but their first request to modify the deadline to amend pleadings and add parties. It is made in good faith and not for the purpose of delay.

## STIPULATION

NOW, THEREFORE, the parties stipulate and jointly request that the Court order as follows:

a. The Scheduling Order [ECF No. 10] is modified for the limited purpose of permitting the amendment described herein;

b. Plaintiff is granted leave to file the First Amended Complaint attached as Exhibit 1, and shall file it within seven (7) days of entry of this Order;

c. Service of the First Amended Complaint on the newly named individual Defendants, and those Defendants' time to respond, shall proceed as provided by the Federal Rules of Civil Procedure

and the Local Rules of this Court; and

d. All other deadlines set forth in the operative Scheduling Order remain unchanged.

IT IS SO STIPULATED.

DATED this 15th day of October 2026.

| | |
|---|---|
| **SGRO & ROGER**<br><br>By: */s/ Elaine Odeh*<br>ANTHONY P. SGRO, ESQ.<br>Nevada Bar No. 3811<br>ELAINE ODEH, ESQ.<br>Nevada Bar No. 14099<br>2901 El Camino Avenue, Suite 204<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff Anthony Black* | **AARON D. FORD Attorney General**<br><br>By: */s/ Rudolph M. D'Silva*<br>RUDOLPH M. D'SILVA, ESQ.<br>Bar No. 16227<br>Senior Deputy Attorney General<br>State of Nevada<br>Office of the Attorney General<br>1 State of Nevada Way., Ste. 100<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendants* |

**ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing,

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATE: October 16, 2026